No. 11–5417. BAFFORD v. MIDFIRST BANK ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5433. TRAN v. NEWPORT NEWS HOLDINGS CORP. C. A. 4th Cir. Certiorari denied.

No. 11–5664. OCHOA v. RUBIN. Super. Ct. Pa. Certiorari denied.

No. 11–5687. EWING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5762. WINFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5798. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5799. DARCUS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5886. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6117. VILLEGAS LOPEZ v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 11–6201. JILES v. ORLEANS PARISH PRISON MEDICAL CLINIC ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6230. WIGGINS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6231. WILLIAMS v. CITY OF NATCHITOCHES, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6232. WILLIAMS v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

